### BRIDGHAM ag$^t$ STILSON

Jonathan Bridgham Attourny of John Bridgham Exec$^r$ of the last will of Henry Bridgham plaint. ag$^t$ Vincent Stilson Def$^t$ The plaint. withdrew his action

### PHILLIPS ag$^t$ LONG

William Phillips Senio$^r$ plaint. ag$^t$ Elisabeth Long and John Long Executo$^{rs}$ to the last will of Robert Long or either of them Def$^{ts}$ The plaint. withdrew his action

### LEVERETT ag$^t$ SOMES

Hudson Leverett Attourny for Darby Bryan plaint. ag$^t$ John Somes Cooper Def$^t$ in an action of the case for witholding the Summe of thirty one pound eleven Shillings and six pence or thereabouts in mony and halfe a barrell of Molasses at twelve Shillings & six pence with due damages &c. . . . The Jury . . . found for the plaint. Seventeen pounds fourteen Shillings mony and costs of Court allow$^d$ thirty three Shillings ten pence.

Execution issued. aug$^o$ 6. 1677.

